PL

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**RECEIVED**

Steven L. Zirko #M06602

NOV 3 0 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**1:16-cv-10996**
**Judge John J. Tharp, Jr.**
**Magistrate Judge Mary M. Rowland**
**PC4**

vs.

Karen Rabideau
Randy Pfister
Internal Affairs Officers;
Shaw, Sappia, X. Taylor
& unknown I.A. Officers
I.D.O.C.

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

_____X_____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code** (state, county, or municipal defendants)

_____   **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____   **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

- 1 -

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I.  **Plaintiff(s):**

A.  Name: Steven L. Zirko

B.  List all aliases: None

C.  Prisoner identification number: M06602

D.  Place of present confinement: Stateville Correctional Center

E.  Address: P.O. Box 112 Joliet IL. 60434-0112

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II.  **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.  Defendant: Karen Rabideau

Title: Placement Officer

Place of Employment: Stateville

B.  Defendant: Randy Pfister

Title: Warden

Place of Employment: Stateville

C.  Defendant: Shaw - Sappia - X. Taylor

Title: Internal Affairs Officers

Place of Employment: Stateville

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

- 2 -

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

*III* *Pg. A*

**III.** List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _Zirko v. Ghosh_

B. Approximate date of filing lawsuit: _January 2010_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Steven L. Zirko_

D. List all defendants: _Doctor Ghosh - Karen Rabideau - Phyllis Baker - Warden Marcus Hardy_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District - Eastern Division_

F. Name of judge to whom case was assigned: _Judge Tharp_

G. Basic claim made: _2 Claims: 1.) Medical 2.) Retaliation_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Medical dismissed in Final Summery Judgment However; Retaliation going forward - trial Date of 4-17-17 Set by Judge Tharp_

I. Approximate date of disposition: _Retaliation Component still Pending_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

3

Revised 9/2007

Section III

Pg. B

A.) Steven L. Zirko v. Dr. Obaisi  # 15 - 6317

B.) Date of filing - July 2015

C.) Plaintiff - Steven L. Zirko

D.) Defendant(s) - Dr. S. Obaisi, Sherry Benton, M. Hardy, Michael Lemke, Anna McBee, Jill Parrish, Tarry Williams

E.) Northern District - Eastern Division

F.) Judge Assigned - Judge Tharp

G.) Claim Made : Medical (Soy Allergy)

H.) Case is still Pending

I.) No Disposition - Case Pending

-4-

Section III          Pg. C

A.) Steven L. Zirko v. I.D.O.C. — Court of Claims Petition

B.) Date of filing — November 18th 2016

C.) Plaintiff - Steven L. Zirko #M06602

D.) Defendant — Illinois Department Of Corrections

E.) Court of Claims:- 630 S. College St. Springfield, IL. 62756

F.) No Judge/Magistrate/Commissioner assigned as of yet

G.) Claim Made ; Medical

H.) Case is Pending

I.) No Disposition - Case Pending

IV.    Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Any and all Administrative Remedies (Grievances) have been exhausted. This is an Eighth (8th) Amendment Cruel and Unusual Punishment claim: 1.) The subjective prong of Prison Officials acting in a state of mind that is guilty [and] 2.) The objective prong of an actual injury and a prior risk of injury, both parts are more than met. The seriousness of the authors lifelong debilitative injury is evident (see Exhibits) as per the performed surgery of 3-15-2016 and the need for at least another surgery to be endured as I am still 80% or more blind in Right Eye. My lifelong disability was forseeable in an ex ante perspective.

The Farmer standard of Deliberate Indifference is manifested by and through that Prison Officials have a duty to protect Prisoners from violent actions of fellow prisoners, they have a Duty of Care, these negligent tortfeasor(s) have breached that duty. Here, the 7th circuit has ruled that the prison official must be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists and he

- 6 -

must also draw that inference. These negligent tortfeasor(s) do owe this author a Duty of Care, aforesaid defendants have breached that duty by acting negligently and failing to do what a reasonable person would have done. Here, the author possess incontrovertible written evidence that defendant(s) knew and/or reasonably should have known that I would be harmed and officials did not act to prevent such harm. The attacker is a prisoner whom officials knew or should have known was violent, he does take pschytropic medication(s), he was a prison-trustee worker, he did have a grudge against me and he did threaten me and I did inform officials of such. Due to unprovoked attack, necessary (almost immediate) surgery was done with more surgery(s) needed. At one time I was an Educator, now, reading and/or writing more than 10 (ten) minutes causes extreme pain and severe headaches. The mental and emotional trauma I've endured and am enduring has caused sleeplessness, anxiety and Mental Health issues. Due to attack I shall never be the same. Wherefore, this author sincerly prays for the reader(s) compassion and wisdom in the justified promulgation of this meritorious petition.

Respectfully Submitted,

Steven A. Zacher

-7-

V. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

One Million Dollars in Compensatory and Punitive Damages. Any and all filing fees, Court Costs and any and all Attorney Fees. To ensure that Necessary future Surgery(s) be performed to restore vision in Right Eye, and to be protected from Retaliation from Defendants via defendant directed attacks utilizing prisoners,

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 22nd day of November, 20 16

_(Signature of plaintiff or plaintiffs)_

Steven L. Zirko
(Print name)

# M06602
(I.D. Number)
Stateville Correctional Center
P.O. Box 112 / 16830 S. Broadway St.
Joliet, IL. / Crest Hill, IL. 60434-0112
(Address)

- 8 -

State of Illinois }
County of Will }

## AFFIDAVIT and DECLARATION
## UNDER PENALTY OF PERJURY

I Steven L. Zirko do hereby declare and affirm pursuant to 28 USC 1746 and 18 USC 1621 and 735 ILCS 5/109 under penalty of perjury that everything contained herein is true and accurate to the best of my knowledge and belief.
IN support of it is averred:

Signed on this 22nd day of November 2016

Steven L. Zirko    # M06602
Steven L. Zirko    # M06602

That I am an inmate at Stateville Correctional Center and have been since 2009

That on 1-10-2016 an unprovoked attack on this author occured. I was the victim. The attacker was inmate Patrick Palaggi.

That as a direct result of attack I suffered Total Retinal Detachment and was completly Blind in Right Eye. The diagnosis thereof was by Doctor Civantos on 3-10-2016 and he strongly urged immediate surgery. That said Retinal Re-Attachment surgery was performed on 3-15-2016 by said Doctor at St. Joseph's Hospital in Joliet, IL.

That I need at least another surgery on Right Eye as I am still 80% or more blind in Right Eye.

That I am in pain all the time in Right Eye, reading or writing for just Ten (10) minutes causes extreme pain in Eye and Headaches.

That the mental & emotional trauma I've endured and am enduring is great.

That I immediately asked Internal Affairs Officers as named to press charges, however they refuse to do so as they are covering up for their colleagues and others.

— 10 —

Auth 207561654

*Exhibit A*

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Stateville Correctional Center
(Facility)

Offender's Name: Zirko    Steven    ID# M06602

Reason for Referral:  ☐ Consult    ☐ Non-Formulary Medications    ☐ Medical Equipment
☐ Evaluation    ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes    ☐ No

Referred to: _____ Ophthalmalog _____ urgent 3-10

Rationale for Referral: _____ Retina _____
_____ Post blunt Trauma prior Jaw R eye _____

Print Referring Practitioner's Name _____    Referring Practitioner's Signature _____    Date 2/29/16

Report of Referral (Use Reverse Side, if necessary)

Findings: _____
_____
_____

Assessment: _____
_____
_____

Recommendations/Plans: _____
_____
_____

Print Practitioner's Name _____    Practitioner's Signature _____    Date _____

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

Print Facility Medical Director's Name _____    Facility Medical Director's Signature _____    Date _____

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7135)

—11—

*Exhibit B*

## WEXFORD HEALTH SOURCES INCORPORATED

To:        Site Medical Director & HSA

From:      Utilization Management

Date/Time: 03/02/201608:19:40

Subject:   Inmate Name:   ZIRKO, STEVEN
           Inmate Number: M06602                    DOB 6-2-1962
                  Site:   STATEVILLE CC
               Service:
                    92002   EYE EXAM NEW PATIENT

Authorization ID: 207561659

Based upon a review of the information provided, Service is Approved.

Comments:
2-29-2016: Received urgent request for local ophthalmology eval: *retina*
reviewed and approved by Dr. Ritz. Pt post blunt trauma R eye; now
w/ vision loss R eye. Meets IQ.

*AUTH FOR LOCAL OPTH EVAL*

*scheduled*
*3-10-16*

From: _____
      Dedicated Utilization Management

----------------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
877-939-2884 or 800-353-8384 - Phone
                                  412-937-9151 - Fax
WWW.WEXFORDHEALTH.COM

-12-



David H. Orth, MD, FACS
Kirk H. Packo, MD, FACS
Joseph M. Civantos, MD
Mathew MacCumber, MD, PhD
John S. Pollack, MD
Kourous A. Rezaei, MD
Vivek Chaturvedi, MD

Timothy P. Flood, MD, FACS
Serge de Bustros, MD
Jack A. Cohen, MD, FACS
Pauline T. Merrill, MD
Suhail J. Hasan, MD, PhD, FACS
Zac B. Ravage, MD
David J. Baczewski, MBA

**Diseases and Surgery of
the Retina, Macula and Vitreous**

www.illinoisretina.com

Harvey . . . . . 708-596-8710
Munster . . . 219-922-9888
Flossmoor. . . . 708-647-9211
Orland Park . . 708-364-3240
Joliet . . . . . . . 815-744-7515
Hinsdale . . . . 630-789-5700

Oak Park . . . . 708-660-8450
Rush . . . . . . . 312-942-2117
Loop . . . . . . . 312-725-4949
Lincoln Park 773-871-8444
Skokie . . . . . . 847-677-1340
Libertyville . . 847-367-6911

| Name | | Chart# | DOB | | Race | Ethnicity | Pref. Language |
|---|---|---|---|---|---|---|---|
| Steven Zirko M06602 | | 834070 | 6/2/1962 (53 y.o.) | | | | |
| Gender | Date | Location | Refer Doctor | PCP | | Insurance | |
| Male | 3/10/2016 | Joliet | | | | Wexford Health Sources Inc | |

**Reason For Visit:** New Referral -

**VA OD:** ccHM PHNI     **OS:** cc20/40 PHNI     **IOP:** TP     **OD:** 12     **OS:** 18     9:25 AM

**HPI:** CC: Loss of Vision OD. Onset: after being punched in the eye several times. Duration of Problem: 2 Months. Course: worsening OD. Quality: very blurry. Duration of Problem: 2 weeks. Associated Symptoms: floaters/wavy lines OD. no flashes. no eye pain. Pertinent Negatives: No Headache. HPI obtained by Joseph M Civantos, MD.

**Extended HPI:** Patient states he was punched in OD several times by another inmate while sleeping 01/10/16. In last 10 days states vision seems a little better. had lasik surgery OU with Dr. Rubenstein @ Rush back in 2002.

**Allergies:** Codeine (hives), Morphine (hives). Soy (hives, short breath).

**Smoking Status:** Never Smoker.

**Systemic Meds:** Aspirin 81 mg 1 tablet qday PO. Simvastatin 20mg 1 tablet qday PO. Benadryl 50mg 1 tablet qday PO. Xopenex Inhaler 20 puffs prn PO. Tylenol prn PO.

**Impression:**

**Secondary:** Trauma, Initial Encounter Right Eye. Total Retinal Detachment Right Eye. Vitreous Hemorrhage Right Eye. Horseshoe Tear Right Eye.

**Plan:**

**Discussion:** Total Retinal Detachment Right Eye: Discussed benefits, alternatives, realistic expectations and risks of surgery including but not limited to cataract progression, double vision, change in refraction, infection, bleeding, a new, persistent or recurrent retinal detachment, optic neuropathy, loss of vision, blindness, and loss of eye. Pt. understood and accepted risks and elected to schedule surgery. Discussed anesthesia options; recommended general anesthesia. No air travel and no lying flat on back while intraocular gas bubble is present. Rec: Combination surgery with vitrectomy and scleral buckle with laser gas and membranectomy RE.

**Ocular Meds:**
- None

**Follow Up:** Dr. Civantos 4-5 Days - Retinal Detachment Repair with PPV OD (23 g) at Joliet; Scleral Buckle OD at Joliet.

Signed: _____

Electronically signed by Joseph M Civantos, MD

— 13 —

*Exhibit D*

WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management

Date/Time: 03/14/201608:36:35

Subject:    Inmate Name:   ZIRKO, STEVEN
            Inmate Number: M06602
                   Site:   STATEVILLE CC
                Service:
                   67108   REPAIR DETACHED RETINA
                   99024   POSTOP FOLLOW-UP VISIT

Authorization ID: 841492816

Based upon a review of the information provided, Service is Approved.

    Comments:
    3-10-2016: Received request for R retinal detachment surgery at
    Illinois Retina Associates & f/u appointment: reviewed and approved
    by Dr. Ritz. Pt saw Illinois Retina Associates on 3/10/16 for
    worsening loss of vision OD and floaters/ wavy lines OD.  Pt states
    he was punched in OD several times by another inmate while
    sleeping 1/10/16. On 3/10/16 visit, MD diagnosed pt w/ total
    retinal detachment OD, vitreous hemorrhage OD, and horseshoe tear
    OD and recommended that pt have combination surgery with vitrectomy
    and scleral buckle with laser gas and membranectomy. Meets IQ.

    *AUTH FOR RETINAL DETACHMENT SURGERY AND F/U*

Scheduled
3-15-16

From: _____
      Dedicated Utilization Management

-------------------------------------------------------------------------

        INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                        412-937-9151 - Fax
            WWW.WEXFORDHEALTH.COM

-14-

Exhibit E

**ILLINOIS RETINA ASSOCIATES, SC**

THE RETINA CENTER

Steven Zirko M06602

has an appointment with:

Joseph M Civantos, M.D.

**on 03/16/2016 at 11:20 am**

at the Harvey Office

**Please allow a minimum of two hours for your office visit. As your eyes will be dilated, we suggest bringing a pair of sunglasses and, if possible, someone to drive you home.**

You will receive an automated call a few days prior to your next appointment. At any time during the message, you may:

Press the 1 Key to confirm your appointment

Press the 2 Key to cancel your appointment

Press the 3 Key to repeat the message

*If you need to cancel and reschedule your appointment, we would appreciate at least 48 hours notice.*

**HMO - MANAGED CARE Patients:**

**Please bring your authorization referral   to your appointment.**

---

**HARVEY**
71 West 156th Street #400
Harvey, IL 60426-4265
**(708) 596-8710**

**RUSH**
1725 West Harrison Street #915
Chicago, IL 60612-3835
**(312) 942-2117**

**LOOP**
25 East Washington Street #301
Chicago, IL 60602-1708
**(312) 726-4949**

**LINCOLN PARK**
2800 North Sheridan Road #200
Chicago, IL 60657-6160
**(773) 871-8444**

**MUNSTER**
10110 Donald S. Powers Dr., #101-A
Munster, IN 46321-4057
**(219) 922-9888**

**SKOKIE**
4711 West Golf Road #102
Skokie, IL 60076-1239
**(847) 677-1340**

**JOLIET**
300 Barney Drive #D
Joliet, IL 60435-5279
**(815) 744-7515**

**OAK PARK**
610 South Maple Avenue #1700
Oak Park, IL 60304-1096
**(708) 660-8450**

**HINSDALE**
12 Salt Creek Lane #110
Hinsdale, IL 60521-8605
**(630) 789-5700**

**FLOSSMOOR**
Ingalls Family Care Center
19550 Governors Hwy #3600
Flossmoor, IL 60422-2144
**(708) 647-9211**

**ORLAND PARK**
Palos Primary Care Center
15300 West Avenue
Suite 212, West Bldg.
Orland Park, IL 60462-4600
**(708) 364-3240**

**LIBERTYVILLE**
1800 Hollister Drive #205
Libertyville, IL 60048-5263
**(847) 367-6911**

-15-

*Exhibit E*

**Presence Health**

DC01852692

DC0028983567    DOB: 06/02/62
ZIRKO,STEVEN M06602
Civantos,Joseph M M.D.

03/15/16
M 53

**Same Day Surgery**
**M – F hours 7am-6pm**
**Phone: 815-741-7663**

## DIET:

- ☑ Begin with liquids and gradually increase to normal diet as tolerated.
- ❑ Do not drink alcohol for the first 24 hours after surgery.
- ❑ Diet sheet given.
- ❑ _____

In case of nausea, only drink clear liquids until feeling better.

## ACTIVITIES:

- ❑ Rest today, resume normal activity tomorrow
- ❑ Avoid activities such as lifting heavy objects, pulling or bending.
- ❑ May shower _____ day(s).
- ❑ No tub bath _____ day(s).
- ❑ Watch your child closely for 24 hours and place them on their stomachs or side to prevent choking in case they throw up.
- ❑ If you do not urinate within 6-8 hours after being home, or feel like you have a full bladder, call your physician.

## MEDICATIONS:

- ❑ Other medication prescription(s) attached.
- ❑ Prescription for pain medication attached.
- ❑ Do not drive or operate any machinery/power tools for 24 hours or while taking pain medication.
- ❑ Care Notes (Micromedex)
- ❑ Last dose: _____
  _____

## DRESSINGS:

- ☑ Keep clean and dry.
- ❑ Do not change dressing unless you are directed to do so and have received instructions.
- ❑ Keep injured part elevated as much as possible for _____ days.

Notify your doctor if you have: increased pain or fever, or notice the surgical area getting redder, larger (swollen) or bleeding quite a bit.

- ☑ Ice to surgical area for _____
- ❑ Non-weight bearing _____
- ❑ Partial weight bearing _____

## CALL FOR FOLLOW-UP APPOINTMENT WITH:

Dr. _Civantos_

Office Number: _815 - 744 - 7515_

_Follow up in Harvey office_

in _3 - 16_ days/weeks. _Oct 11 PM_

## SPECIAL INSTRUCTIONS:

_FACE DOWN_
_Bed rest with_
_BATH room privileges_

- ❑ Care Notes (Micromedex)    _71 W. 156th St_
                              _Suite 400_
## ENDOSCOPY PATIENTS:       _Harvey IL 60426_

- ❑ Notify your doctor if your stomach becomes firm, you have an increase in bleeding, pain, chills and or a fever.

## PAIN CONTROL:

- ❑ Handout given _____
- ❑ Care Notes (Micromedex)

**FOR QUESTIONS REGARDING YOUR DOCTORS HOME INSTRUCTIONS, PLEASE CALL THEIR OFFICE DURING REGULAR BUSINESS HOURS,**

**OR**

**IN CASE OF EMERGENCY, PLEASE GO TO THE EMERGENCY DEPARTMENT AT PRESENCE SAINT JOSEPH MEDCIAL CENTER FOR IMMEDIATE CARE.**

I understand the Home care instructions.

_____
Signature of Patient/or responsible person.

_____
Date / Signature of Nurse and/or Physician
_3 - 15 - 16_

*Exhibit G*

# Illinois Retina Associates, S.C.

## Instructions For Night After Surgery

1. You will be going home with a patch on the eye. Leave the patch on the eye until you are seen tomorrow morning. We will remove the patch in the office.

2. You are to return to Illinois Retina, ~~300 Barney Drive, Suite D,~~ Joliet, Illinois the day after surgery at *HARVEY OFFICE*

3. There may be a small amount of drainage around the patch, including a drop or two of blood. This is not unusual and is nothing to worry about.

4. Moderate discomfort is not unusual after surgery. You may take an over the counter pain medication as needed. If greater pain is anticipated, a stronger pain medication may have been prescribed:

   a. _____ Tylenol #3, one to two pills every four to six hours, as needed for severe pain.

   b. _____

5. As soon as you go home, you may resume taking all your normal medications, except aspirin, Coumadin, or other blood thinners. Wait for specific instructions from the doctor to restart those medications.

6. You may eat and drink normally after surgery. Avoid alcoholic beverages for the first week after surgery.

7. Special positioning: _____None

   _____ *FACE DOWN*

8. If you have pain that is not relieved by your medication, or other urgent questions that cannot wait until you are seen tomorrow, call (815) 744-7515 and ask them to contact the doctor on call for you.

DC0028983567   DOB: 06/02/62          03/15/16
ZIRKO, STEVEN M06602                  M 5.
Civantos, Joseph M M.D.

-17-

Presence
Saint Joseph Medical Center

RENAL SURGERY
PROGRESS SHEET

ZIRKO, STEVEN M06602
Civantos, Joseph M M.D.

DC01952602

Exhibit H

☐ OP Note to Referral

**OP Note**

DATE TIME

3/15/16

Preop DX: Retinal Detachment with PVR RE

Postop DX: Same

**Procedure:**

☑ Air-Fluid Exchange
☐ Biopsy, ____
☐ Capsulectomy
☐ Closure Wound ____
☐ Conjunctival Cyst Excision
☐ Conjunctival Lesion Resection or Graft
☐ Cryopexy, ____
☐ Cryopexy, Trans Scleral
☐ Drainage of Choroidal Hemorrhage
☐ Drainage of SRF, External
☑ Drainage of SRF Internal
☑ Endolaser, Argon (PRP · Focal)
☐ Endolaser, Ciliary Body
☐ Endolaser, Diode (PRP · Focal)
☐ Enucleation (With HA Implant)
☐ EUA
☐ Ganciclovir Implant (Insert · Exchange)
☐ Gonlosynechiolysis, Pars Plana
☐ Injection ____
☑ Injection, Gas

☐ Injection, Intravitreal Antibiotics
☐ Injection, Plasma and Thrombin
☐ Injection, tPA
☐ IOL, Insertion
☐ IOL, Suture Fixation, ab externo
☐ IOL, Suture Fixation, ab interno
☐ Iridectomy
☐ Keratoprosthesis, ____
☐ Lensectomy, Pars Plana
☐ Lens Material Removal
☐ McCannel Suture
☑ Membranectomy
☐ Paracentesis, Anterior Chamber
☐ Paracentesis, Vitreous Chamber
☐ Perfluorocarbon Injection, ____
☐ Photocoagulation, LIO (PRP · Focal)
☐ Plaque, Radioactive (Insert · Remove)
☐ Pupilloplasty, Retractor
☐ Reformation of Anterior Chamber
☐ Removal of Intraocular Foreign Body
☐ Removal of Intraocular Len

☐ Retrieval/Reposition of Dislocated IOL
☐ Resection, Submacular CNV
☐ Resection, Subretinal Fibrosis
☐ Resection, Subretinal Hemorrhage
☐ Retinal Tracking
☐ Retinectomy
☐ Retinotomy ____
☐ Revision of Cataract Wound
☑ Scleral Buckle (Primary)
☐ Scleral Buckle (Removal)
☐ Scleral Buckle (Revision)
☐ Sclerouvectomy
☐ Silicone Oil Injection ____ cS
☐ Silicone Oil Removal
☐ Synechiolysis, Iris
☐ Temporary Removal of Muscle
☐ Visco dissection
☑ Vitrectomy, Pars Plana
☐ EBL
☐ Specimen Removed
☐ Other ____

Procedure other eye: None

Anesthesia: ☑ General   ☐ Local with IV Sedation

Surgeon: J C___ MD   Assist:

Details/Findings:

#4050

Ant. Segment: ____

Scraped

+5 Cerc

Laser:
#  757  spots
     .25  mw
     .1   sec

Gas: 12%C₂F₈

Drugs: ⊖

Paracentesis: ⊘

Complications: None

Dr. Signature ____ J C___ MD

PS 1252 (1/13)

# ILLINOIS RETINA ASSOCIATES, S.C.

Exhibit I

David H. Orth, MD, FACS
Kirk H. Packo, MD, FACS
Joseph M. Civantos, MD
Mathew MacCumber, MD, PhD
John S. Pollack, MD
Kourous A. Rezaei, MD
Vivek Chaturvedi, MD

Timothy P, Flood, MD, FACS
Serge de Bustros, MD
Jack A, Cohen, MD, FACS
Pauline T, Merrill, MD
Sohail J, Hasan, MD, PhD, FACS
Zac B, Ravage, MD
David J, Baczewski, MD



Diseases and Surgery of
the Retina, Macula and Vitreous
www.illinoisretina.com

Harvey .......708-598-8710
Munster......219-922-9888
Flossmoor...708-647-9211
Orland Park..708-364-3240
Joliet.........815-744-7515
Hinsdale.....630-780-5700

Oak Park ....708-660-8450
Rush .........312-942-2117
Loop...... ..312-726-4949
Lincoln Park.,773-871-8444
Skokie . .....847-677-1340
Libertyville...847-367-6911

| Name | | Chart# | DOB | Refer Doctor |
|---|---|---|---|---|
| Steven Zirko M06602 | | 834070 | 6/2/1962 (53 y.o.) | |
| Date | Location | PCP | Insurance | |
| 3/10/2016 | Joliet | | Wexford Health Sources Inc | |

**Reason For Visit:** New Referral -

**HPI:** CC: Loss of Vision OD. Onset: after being punched in the eye several times. Duration of Problem: 2 Months. Course: worsening OD. Quality: very blurry. Duration of Problem: 2 weeks. Associated Symptoms: floaters/ wavy lines OD. no flashes. no eye pain. Pertinent Negatives: No Headache. HPI obtained by Joseph M Civantos, MD.

**Extended HPI:** Patient states he was punched in OD several times by another inmate while sleeping 01/10/16. In last 10 days states vision seems a little better. had lasik surgery OU with Dr. Rubenstein @ Rush back in 2002.

**Secondary:** Trauma, Initial Encounter Right Eye.

**Ocular Meds (Initial):** None.

**Hx Source:** Patient.

**PSFH/ROS Updated Date:** 3/10/2016

**Medical Hx:** Blunt Trauma RE. Hypercholesterolemia (Onset: 2002). Asthma (since childhood). Eczema. Herniated disc (x3 in back). Pneumococcal Vaccine Not Received (as of 03/10/16).

**Systemic Meds:** Aspirin 81 mg 1 tablet qday PO. Simvastatin 20mg 1 tablet qday PO. Benadryl 50mg 1 tablet qday PO. Xopenex Inhaler 20 puffs prn PO. Tylenol prn PO.

**Allergies:** Codeine (hives). Morphine (hives). Soy (hives, short breath).

**Family Hx:** Heart Disease. Glaucoma (Father, Grandmother). **Social Hx:** Smoking/Tobacco: Never Smoker. Alcohol: None. Other: INMATE.

**ROS:** Ocular: See HPI. Integumentary: Rashes. Musculoskeletal: Muscle Aches- back. Respiratory: Asthma. Other: Total of 10+ Systems Reviewed - All Others Noncontributory.

---

**VA OD:** ccHM PHNI        **OS:** cc20/40 PHNI        **IOP:** TP        **OD:** 12        **OS:** 18        9:25 AM

**Dilation: Tech:** Crystal Hernandez **Location:** OU. Discussed effects of drops; Proparacaine 0.5%; Tropicamide 1%; Phenylephrine 2.5%. **Time:** 9:23 AM

**Amsler:** FINDINGS Right Eye: Unable. FINDINGS Left Eye: Normal.

**Extended HPI:** Patient states he was punched in OD several times by another inmate while sleeping 01/10/16. In last 10 days states vision seems a little better. had lasik surgery OU with Dr. Rubenstein @ Rush back in 2002.

| External | Right Eye | Left Eye |
|---|---|---|
| • Pupils | Round. Brisk. No RAPD. *mm to *mm. | Round. Brisk. No RAPD. *mm to *mm. |
| • Motility | Full. Orthotropic. | Full. Orthotropic. |
| • CVF | Constriction. | Full. |
| • Adnexa | Normal Ocular Adnexa. | Normal Ocular Adnexa. |

$Exhibit J$

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | White and Quiet. | White and Quiet. |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. | Epithelium Intact. Clear Stroma. Clear Endothelium. |
| • Anterior Chamber | Deep. Quiet. | Deep. Quiet. |
| • Iris | Normal. No NVI. | Normal. No NVI. |
| • Lens | 1.5+ NS. | 1+ NS. |

| Posterior | Right Eye | Left Eye |
|---|---|---|
| • General | Lens: 78D and 20D. | Lens: 78D and 20D. |
| • Nerve | Pink. Sharp. No Clinical NFL Defects. | Pink. Sharp. No Clinical NFL Defects. |
| • Vitreous | Vitreous Syneresis. No Cells. Posterior Vitreous Detachment. 1+ Vitreous Hemorrhage. | Vitreous Syneresis. No Cells. |
| • Retinal Vessels | Mild Arterial Attenuation. | Mild Arterial Attenuation. |
| • Macula | Flat. No Hemorrhage. No Exudates. Macula Detached. | Flat. No Hemorrhage. No Exudates. |
| • Periphery | Retinal Tear 12:30. Total Retinal Detachment. | No Holes or Tears. Attached 360 Degrees. Cobblestone Degeneration. |

## Imp/Plan:

1. Trauma, Initial Encounter Right Eye.

2. Total Retinal Detachment Right Eye. Discussed benefits, alternatives, realistic expectations and risks of surgery including but not limited to cataract progression, double vision, change in refraction, infection, bleeding, a new, persistent or recurrent retinal detachment, optic neuropathy, loss of vision, blindness, and loss of eye. Pt. understood and accepted risks and elected to schedule surgery. Discussed anesthesia options; recommended general anesthesia. No air travel and no lying flat on back while intraocular gas bubble is present. Rec: Combination surgery with vitrectomy and scleral buckle with laser gas and membranectomy RE.

3. Vitreous Hemorrhage Right Eye.

4. Horseshoe Tear Right Eye.

**Ocular Meds (Final):** None.

**Follow Up:** Dr. Civantos 4-5 Days - Retinal Detachment Repair with PPV OD (23 g) at Joliet; Scleral Buckle OD at Joliet.

**Extended Ophthalmoscopy**
OD

Posterior Vitreous Detachment

*Exhibit K*

OS



*No hene*

**Posterior: Findings OD:** General: Lens: 78D and 20D. Nerve: Pink. Sharp. No Clinical NFL Defects. Vitreous: Vitreous Syneresis. No Cells. Posterior Vitreous Detachment. 1+ Vitreous Hemorrhage. Retinal Vessels: Mild Arterial Attenuation. Macula: Flat. No Hemorrhage. No Exudates. Macula Detached. Periphery: Retinal Tear 12:30. Total Retinal Detachment. **Findings OS:** General: Lens: 78D and 20D. Nerve: Pink. Sharp. No Clinical NFL Defects. Vitreous: Vitreous Syneresis. No Cells. Retinal Vessels: Mild Arterial Attenuation. Macula: Flat. No Hemorrhage. No Exudates. Periphery: No Holes or Tears. Attached 360 Degrees. Cobblestone Degeneration.

Signed: _____

Electronically signed by Joseph M Civantos, MD



# ILLINOIS RETINA ASSOCIATES, S.C.

*Exhibit L*

David H. Orth in lacs
Kirk H. Packo M.D.S.
Joseph M. Civantos, M.D.
Matthew MacCumber M.D. PhD.
Alan S. Wallace M.D.
Pauline A. Merrill M.D.
John S. Pollack M.D.

Timothy P. Kraft, M.D. M.S.
Serge de Bustros, M.D.
Jack A. Cohen M.D. M.S.
Pauline T. Merrill, M.D.
Michael J. Shapiro M.D. M.S.
Zvi B. Savage, M.D.
David J. Barczewski, M.D.

Diseases and Surgery of
the Retina, Macula and Vitreous

www.illinoisretina.com

| | | | |
|---|---|---|---|
| Harvey | 708-576-8710 | Oak Park | 708 660-6950 |
| Mendota | 219-922-8898 | Bush | 312 942 2117 |
| Hinsmoor | 708-647-9211 | Tinip | 312 226-4141 |
| Grand Park | 708-364-3240 | Lincoln Park | 773 871 8444 |
| Joliet | 815 744-2915 | Skokie | 847 677 1343 |
| Harvdale | 640 780 5700 | Lexreilyville | 847 967 6611 |

## Saleh Obaisi, MD

## Re: Steven Zirko M06602

Dear Dr. Obaisi: Thank you for sending Steven Zirko M06602 (DOB 6/2/1962 (53 y.o.)) whom I examined in consultation on 3/10/2016. The following is a summary of my findings.

**Reason For Visit:** New Referral -

**Secondary:** Trauma, Initial Encounter Right Eye.

**Extended HPI:** Patient states he was punched in OD several times by another inmate while sleeping 01/10/16. In last 10 days states vision seems a little better. had lasik surgery OU with Dr. Rubenstein @ Rush back in 2002.

| VA OD: ccHM PHNI | OS: cc20/40 PHNI | IOP: TP | OD: 12 | OS: 18 | 9:25 AM |
|---|---|---|---|---|---|
| **Posterior** | **Right Eye** | | **Left Eye** | | |
| • General | Lens: 78D and 20D. | | Lens: 78D and 20D. | | |
| • Nerve | Pink. Sharp. No Clinical NFL Defects. | | Pink. Sharp. No Clinical NFL Defects. | | |
| • Vitreous | Vitreous Syneresis. No Cells. Posterior Vitreous Detachment. 1+ Vitreous Hemorrhage. | | Vitreous Syneresis. No Cells. | | |
| • Retinal Vessels | Mild Arterial Attenuation. | | Mild Arterial Attenuation. | | |
| • Macula | Flat. No Hemorrhage. No Exudates. Macula Detached. | | Flat. No Hemorrhage. No Exudates. | | |
| • Periphery | Retinal Tear 12:30. Total Retinal Detachment. | | No Holes or Tears. Attached 360 Degrees. Cobblestone Degeneration. | | |

## Imp/Plan:

1. Trauma, Initial Encounter Right Eye.

2. Total Retinal Detachment Right Eye. Discussed benefits, alternatives, realistic expectations and risks of surgery including but not limited to cataract progression, double vision, change in refraction, infection, bleeding, a new, persistent or recurrent retinal detachment, optic neuropathy, loss of vision, blindness, and loss of eye. Pt. understood and accepted risks and elected to schedule surgery. Discussed anesthesia options; recommended general anesthesia. No air travel and no lying flat on back while intraocular gas bubble is present. Rec: Combination surgery with vitrectomy and scleral buckle with laser gas and membranectomy RE.

3. Vitreous Hemorrhage Right Eye.

4. Horseshoe Tear Right Eye.

**Ocular Meds (Final):** None.

*EXHIBIT M*

In summary, he has a retina detachment. He is scheduled for surgery. Please do not hesitate to call me if I may provide any additional information. Thank you for allowing me to assist in the care of Steven Zirko M06602.

Sincerely,

Electronically signed by Joseph M Civantos, MD

— 23 —



David H. Orth, MD, FACS
Kirk H. Packo, MD, FACS
Joseph M. Civantos, MD
Matthew MacCumber, MD, PhD
John S. Pollack, MD
Kourous A. Rezaei, MD
Vivek Chaturvedi, MD

Timothy P. Flood, MD, FACS
Serge de Bustros, MD
Jack A. Cohen, MD, FACS
Pauline T. Merrill, MD
Sohail J. Hasan, MD, PhD, FACS
Zac B. Ravage, MD
David J. Baczowski, MBA

**Diseases and Surgery of
the Retina, Macula and Vitreous**
www.illinoisretina.com

Harvey .... 708-595-8710
Munster, ... 219-922-9888
Flossmoor .... 708-647-9211
Orland Park .. 708-364-3240
Joliet......... 815-744-7515
Hinsdale ..... 630-789-5700

Oak Park .. 708-660-8450
Rush ...... 312-942-2117
Loop ........ 312-726-4949
Lincoln Park .. 773-871-8444
Skokie ...... 847-677-1340
Libertyville ... 847-367-6911

| Name | | Chart# | DOB | Race | Ethnicity | | Pref. Language |
|---|---|---|---|---|---|---|---|
| Steven Zirko M06602 | | 834070 | 6/2/1962 (53 y.o.) | White | Not of Hispanic Origin | | English |
| Gender | Date | Location | Refer Doctor | PCP | | Insurance | |
| Male | 3/21/2016 | Joliet | Saleh Obaisi, MD | Saleh Obaisi, MD | | Wexford Health Sources Inc | |

**Reason For Visit:** Post-op Check - Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**VA OD:** ccLP PHNI     **OS:** ccNT PHNT     **IOP:** TP, TP     **OD:** 22,17     **OS:** NT,NT     8:07 AM, 8:12 AM

**HPI:** CC: Blurred Vision OD. Since Last Visit: no changes noted. Course: stable. Associated Symptoms: eye pain OD. Quality: sharp OS. Associated Symptoms: no flashes or floaters. HPI obtained by Joseph M Civantos, MD.

**Extended HPI:** Patient states no changes in vision but he is having alot of eye pain. He denies any new hosp or SX.

**Allergies:** Codeine (hives). Morphine (hives). Soy (hives, short breath).

**Smoking Status:** Never Smoker.

**Systemic Meds:** Aspirin 81 mg 1 tablet qday PO. Simvastatin 20mg 1 tablet qday PO. Benadryl 50mg 1 tablet qday PO. Xopenex Inhaler 20 puffs prn PO. Tylenol prn PO.

**Impression:**

**Primary:** Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**Secondary:** Treated Retinal Tear Right Eye. Trauma, Initial Encounter Right Eye. Nuclear Sclerosis Both Eyes.

**Plan:**

**Discussion:** S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC): Keep eye covered with a patch when outside. Wear shield at bedtime for the first week after surgery. Bring all drops with you to postoperative eye exams. Call if increasing pain, decreasing vision or other questions. Post-op instructions given. Discussed drops, positioning, no strenuous activity and eye protection. Call immediately if eye pain or loss of vision. Doing well, retina attached, with no signs of endophthalmitis. Elevated IOP- add Combigan. Begin PF, Atropine, Vigamox, Combigan. Face down.

**Ocular Meds:**

- Prednisolone Acetate 1% Oph. Susp. 1 drop 3 times a day Both Eyes
- Atropine Sulfate 1% 1 drop every morning Both Eyes
- gatifloxacin 0.5 % Ophthalmic Solution 1 drop 3 times a day Both Eyes
- Combigan 0.2%-0.5% 1 drop twice a day Right Eye

**Follow Up:** Dr. Civantos 3 Weeks - Post-op Exam OD at Joliet.

Signed: _____

Electronically signed by Joseph M Civantos, MD

Case: 1:16-cv-10996 Document #: 1 Filed: 11/30/16 Page 24 of 46 PageID #:24

David H. Orth, MD, FACS
Kirk H. Packo, MD, FACS
Joseph M. Civantos, MD
Mathew MacCumber, MD, PhD
John S. Pollack, MD
Kourous A. Rezaei, MD
Vivek Chaturvedi, MD

Timothy P. Flood, MD, FACS
Serge de Bustros, MD
Jack A. Cohen, MD, FACS
Pauline T. Merrill, MD
Sohail J. Hasan, MD, PhD, FACS
Zac B. Ravage, MD
David J. Baczewski, MBA



Diseases and Surgery of
the Retina, Macula and Vitreous
www.illinoisretina.com

Harvey. . : 708-596-8710      Oak Park. . . . 708-660-8490
Munster. . . . . 219-922-9888  Rush . . . . . . . . 312-942-2117
Flossmoor. . . . 708-647-9211  Loop . . . . . . . 312-726-4949
Orland Park. .708-364-3240     Lincoln Park  773-871-8444
Joliet. . . . . . . . 815-744-7515  Skokie . . . . . . 847-677-1340
Hinsdale. . . . 630-789-5700   Libertyville. . . 847-367-6911

| Name | | Chart# | DOB | Refer Doctor |
|---|---|---|---|---|
| Steven Zirko M06602 | | 834070 | 6/2/1962 (53 y.o.) | Saleh Obaisi, MD |
| Date | Location | PCP | | Insurance |
| 3/21/2016 | Joliet | Saleh Obaisi, MD | | Wexford Health Sources Inc |

**Reason For Visit:** Post-op Check - Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**HPI:** CC: Blurred Vision OD. Since Last Visit: no changes noted. Course: stable. Associated Symptoms: eye pain OD. Quality: sharp OS. Associated Symptoms: no flashes or floaters. HPI obtained by Joseph M Civantos, MD.

**Extended HPI:** Patient states no changes in vision but he is having alot of eye pain. He denies any new hosp or SX.

**Secondary:** Treated Retinal Tear Right Eye. Trauma, Initial Encounter Right Eye. Nuclear Sclerosis Both Eyes.

**Ocular Meds (Initial):** Prednisolone Acetate 1% Oph. Susp. 1 gtt qid OU. Atropine Sulfate 1% 1 gtt bid OU. gatifloxacin 0.5 % Ophthalmic Solution 1 gtt qid OU.

**Mental Status:** Alert and oriented x 3, appropriate mood/affect. **Hx Source:** Patient.

**PSFH/ROS Updated Date:** 3/21/2016

**Medical Hx:** Blunt Trauma RE. Hypercholesterolemia (Onset: 2002). Asthma (since childhood). Eczema. Herniated disc (x3 in back). Pneumococcal Vaccine Not Received (as of 03/15/16). **Surgical Hx:** Noncontributory.

**Systemic Meds:** Aspirin 81 mg 1 tablet qday PO. Simvastatin 20mg 1 tablet qday PO. Benadryl 50mg 1 tablet qday PO. Xopenex Inhaler 20 puffs prn PO. Tylenol prn PO.

**Allergies:** Codeine (hives). Morphine (hives). Soy (hives, short breath).

**Family Hx:** Heart Disease. Glaucoma (Father, Grandmother). **Social Hx:** Smoking/Tobacco: Never Smoker. Alcohol: None. Other: INMATE.

**ROS:** Ocular: See HPI. Other: Total of 10+ Systems Reviewed - All Others Noncontributory.

---

**VA OD:** ccLP PHNI      **OS:** ccNT PHNT      **IOP:** TP, TP      **OD:** 22,17      **OS:** NT,NT      8:07 AM, 8:12 AM

**Dilation: Tech:** Allison Kutchinski **Location:** OS. Discussed effects of drops; Proparacaine 0.5%; Tropicamide 1%; Phenylephrine 2.5%. **Time:** 8:12 AM

**Extended HPI:** Patient states no changes in vision but he is having alot of eye pain. He denies any new hosp or SX.

| Anterior | Right Eye | Left Eye |
|---|---|---|
| • L/C/S | Subconjunctival Hemorrhage. Chemosis. | |
| • Cornea | Epithelium Intact. Clear Stroma. Clear Endothelium. Abrasion 8.5 mm. | |
| • Anterior Chamber | Deep. Gas Bubble. | |
| • Iris | Normal. No NVI. | |
| • Lens | 1.5+ NS. | |

$-25-$

**Posterior** · **Right Eye** **Left Eye**

| | |
|---|---|
| • General | Lens: 78D and 20D. |
| • Nerve | Pink. Sharp. No Clinical NFL Defects. |
| • Vitreous | Complete Gas Fill. |
| • Retinal Vessels | Mild Arterial Attenuation. |
| • Macula | Flat. No Hemorrhage. No Exudates. |

*[handwritten right margin: Exhibit / needs to secure tape / patch / shield]*

## Imp/Plan:

1. Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16).
2. S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC). Keep eye covered with a patch when outside. Wear shield at bedtime for the first week after surgery. Bring all drops with you to postoperative eye exams. Call if increasing pain, decreasing vision or other questions. Post-op instructions given. Discussed drops, positioning, no strenuous activity and eye protection. Call immediately if eye pain or loss of vision. Doing well, retina attached, with no signs of endophthalmitis. Elevated IOP- add Combigan. Begin PF, Atropine, Vigamox, Combigan. Face down.
3. Treated Retinal Tear Right Eye.
4. Trauma, Initial Encounter Right Eye.
5. Nuclear Sclerosis Both Eyes.

**Ocular Meds (Final):** Prednisolone Acetate 1% Oph. Susp. 1 gtt tid OU. Atropine Sulfate 1% 1 gtt qam OU. Gatifloxacin 0.5 % Ophthalmic Solution 1 gtt tid OU. Combigan 0.2%-0.5% 1 gtt bid OD.

**Follow Up:** Dr. Civantos 3 Weeks - Post-op Exam OD at Joliet.

*[signature: J Civantos MD]*

**Signed:** _____

Electronically signed by Joseph M Civantos, MD

−26−

Patient: Steven Zirko M06602 (DOB 6/2/1962)
Monday, March 21, 2016



David H. Orth, MD, FACS  Timothy P. Flood, MD, FACS
Kirk H. Packo, MD, FACS  Serge de Bustros, MD
Joseph M. Civantos, MD  Jack A. Cohen, MD, FACS
Mathew MacCumber, MD, PhD  Pauline T. Merrill, MD
John S. Pollack, MD  Sohail J. Hasan, MD, PhD, FACS
Kourous A. Rezaei, MD  Zac B. Ravage, MD
Vivek Chaturvedi, MD  David J. Baczowski, MBA

**Diseases and Surgery of
the Retina, Macula and Vitreous**

www.illinoisretina.com

Harvey . . . 708-596-8710  Oak Park . . . 708-660-8450
Munster . . . 219-922-9888  Rush . . . . . 312-942-2117
Flossmoor . . 708-647-9211  Loop . . . . . 312-726-4949
Orland Park . 708-364-3240  Lincoln Park . 773-871-8444
Joliet . . . . . 815-744-7515  Skokie . . . . 847-677-1340
Hinsdale . . . 630-789-5700  Libertyville . 847-367-6911

| Name | | Chart# | DOB | Race | Ethnicity | | Pref. Language |
|------|--|--------|-----|------|-----------|--|----------------|
| Steven Zirko M06602 | | 834070 | 6/2/1962 (53 y.o.) | White | Not of Hispanic Origin | | English |
| Gender | Date | Location | Refer Doctor | PCP | | Insurance | |
| Male | 4/4/2016 | Joliet | Saleh Obaisi, MD | Saleh Obaisi, MD | | Wexford Health Sources Inc | |

**Reason For Visit:** Post-op Check - Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**VA OD:** scNT    **OS:** scCF    **IOP:** TP    **OD:** 15    **OS:** NT    8:46 AM

**HPI:** CC: Post-Op Visit OD. Since Last Visit: improving. Onset: gradual. Duration of Problem: since last visit. Course: improving. Associated Symptoms: "sees lines" onset a few days ago, can see better but sees over line OD. eye pain, sharp and constant OD. no flashes or floaters OD. Location: OD. Quality: blurry. Context Onset/Aggravation: following surgery. Duration of Episodes: days. Post Op: no eye pain. using drops as prescribed. Other: Patient is accompanied by 2 correctional officers.. HPI obtained by Joseph M Civantos, MD.

**Allergies:** Codeine (hives). Morphine (hives). Soy (hives, short breath).

**Smoking Status:** Never Smoker.

**Systemic Meds:** Aspirin 81 mg 1 tablet qday PO. Simvastatin 20mg 1 tablet qday PO. Benadryl 50mg 1 tablet qday PO. Xopenex Inhaler 20 puffs prn PO. Tylenol prn PO.

**Impression:**

**Primary:** Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**Secondary:** Treated Retinal Tear Right Eye. Trauma, Initial Encounter Right Eye. Nuclear Sclerosis Both Eyes.

**Plan:**

**Discussion:** S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC): Keep eye covered with a patch when outside. Wear shield at bedtime for the first week after surgery. Bring all drops with you to postoperative eye exams. Call if increasing pain, decreasing vision or other questions. Post-op instructions given. Discussed drops, positioning, no strenuous activity and eye protection. Call immediately if eye pain or loss of vision. Doing well, retina attached, with no signs of endophthalmitis.

**Ocular Meds:**

- Prednisolone Acetate 1% Oph. Susp. 1 drop twice a day Both Eyes
- Discontinue: Atropine Sulfate 1%- almost out 1 drop every morning Both Eyes
- Discontinue: gatifloxacin 0.5 % Ophthalmic Solution 1 drop 3 times a day Both Eyes
- Discontinue: Combigan 0.2%-0.5%- almost out 1 drop twice a day Right Eye

**Follow Up:** Dr. Civantos 3-4 Weeks - Post-op Exam OD at Joliet.

Signed: _____

Electronically signed by Joseph M Civantos, MD

−27−

Page 1 of 1
Patient: Steven Zirko M06602 (DOB 6/2/1962)
Monday, April 04, 2016

ILLINOIS DEPARTMENT OF CORRECTIONS

**Medical Special Services Referral and Report**

S + 9
(Facility)

Offender's Name: _ZIRKO steven_ ID# _M06602_

Reason for Referral:  ☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
                      ☐ Evaluation  ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _Fu ill Rahma Clic in 4 week_

Rationale for Referral: _Post Retinal detachmnt •_

Print Referring Practitioner's Name _S. Obaic_    Referring Practitioner's Signature    Date _4-5-16_

**Report of Referral (Use Reverse Side, if necessary)**

Findings: _Retina attached_
_Cataract RE_

Assessment: _Poxy well о retin /flap_

Recommendations/Plans: _Likely to need cataract surgy_
_in 2-3 months._
_Final vision unknow will be 4-6 month from surgy._
_Protteber to avoid eye injury recommended_

Print Practitioner's Name    Practitioner's Signature _I C—w M_    Date _5/4/16_

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

Print Facility Medical Director's Name _S. Obaic_    Facility Medical Director's Signature    Date _5-5-16_

Distribution: Offender's Medical File, and
if denied/revised, Heath Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

-28-



ILLINOIS RETINA ASSOCIATES, S.C.

David H. Orth MD MS
Kirk H. Packo MD MS
Joseph M. Civantos MD
Matthew MacCumber MD PhD
John S. Pollack MD
Kourous A. Rezaei MD
Vivek Chaturvedi MD

Timothy J Heintz MD MBA
Paul A. Edwards MD
Julee A. Nevil MD
David J. Eichenbaum MD
Serafino Quartino MD
Brian L. VanderBeek MD MS

Division at Large of
the Rush-Presbyterian System

www.illinoisretina.com

Harvey       708-501-0710      Oak Park     708-660-0455
Munster      219-934-3038      Rush         312-942-2317
Elkhart      708-942-0311      Loop         312-726-4049
Grand Park   708-364-1516      Lincoln Park 773-871-0444
Joliet       815-744-7915      Skokie       847-677-1348
Homewood     630-509-5530      Libertyville 847-467-6111

---

**Saleh Obaisi, MD**

**Re: Steven Zirko M06602**

Dear Dr. Obais: This is an update on Steven Zirko M06602 (DOB 6/2/1962 (53 y.o.)). The following is a summary of my findings on 5/5/2016.

**Reason For Visit:** Post-op Check - Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**Secondary:** Treated Retinal Tear Right Eye. Trauma, Initial Encounter Right Eye. Nuclear Sclerosis Both Eyes.

| VA OD: Dcc6/200 PHNI | **OS: Dcc20/25 PHNI** | **IOP:** TP | **OD:** 17 | **OS:** 20 | 8:20 AM |
|---|---|---|---|---|---|
| **Posterior** | **Right Eye** | Left Eye | | | |

- **General** — Lens: 78D and 20D.
- **Nerve** — Pink. Sharp. CDR 0.1. Peripapillary Atrophy.
- **Vitreous** — 10% Gas Bubble.
- **Retinal Vessels** — Mild Arterial Attenuation.
- **Macula** — Flat. No Hemorrhage. No Exudates.
- **Periphery** — Retinal Tear 12:30. Flat with Barrier Laser 360 Degrees. Encircling Scleral Buckle.

---

**Imp/Plan:**
1. Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). Stable s/p surgery; follow.
2. S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC). Keep eye covered with a patch when outside. Wear shield at bedtime for the first week after surgery. Bring all drops with you to postoperative eye exams. Call if increasing pain, decreasing vision or other questions. Post-op instructions given. Discussed drops, positioning, no strenuous activity and eye protection. Call immediately if eye pain or loss of vision. Doing well, retina attached, with no signs of endophthalmitis.
3. Treated Retinal Tear Right Eye.
4. Trauma, Initial Encounter Right Eye.
5. Nuclear Sclerosis Both Eyes. RE- will need CE/IOL soon. Hold off for now.

**Ocular Meds (Final):** D/C Prednisolone Acetate 1% Oph. Susp. 1 gtt bid OD.

-29-

In summary, he is doing well with an attached retina. He is developing a significant cataract. Please contact me if I can offer any further information. Thank you again for allowing me to assist in the care of Steven Zirko M06602.

Sincerely,

*J Civantos MD*

Electronically signed by Joseph M Civantos, MD

-30-

*Exhibit U*

## WEXFORD HEALTH SOURCES INCORPORATED

To:      Site Medical Director & HSA

From:    Utilization Management

DELIVERED MAY 1 2 2016

Date/Time: 05/12/201608:02:10

6-2-62

Subject:   Inmate Name:   ZIRKO, STEVEN
           Inmate Number:  M06602
           Site:          STATEVILLE CC
           Service:

           67108    REPAIR DETACHED RETINA
           99024    POSTOP FOLLOW-UP VISIT

Authorization ID: 841492816

Based upon a review of the information provided, Service is Approved.

Comments:
   5-10-2016: Global visit approved in collegial at Illinois Retina
   Associates for a pt that is s/p repair of a detached retina with
   PVR OD on 3/15/2016 s/t a retinal tear s/t trauma. The pt had a f/u
   visit on 5/05/2016 and notes from that visit read, " doing well,
   retina attached, with no signs of endopthalmitis. Nuclear Sclerosis
   both eyes- will nee CE/IOL soon. Hold off for now. He is
   developing a significant cataract. Please contact me if I can offer
   any further information."

   *POST OP AUTH VALID UNTIL 6/12/2016*

From: _____
      Dedicated Utilization Management

---------------------------------------------------------------

INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

                Foster Plaza4 - 501 Holiday Drive - Pittsburgh, PA 15220
                877-939-2884 or 800-353-8384 - Phone
                                            412-937-9151 - Fax
                WWW.WEXFORDHEALTH.COM

- 31 -

ILLINOIS DEPARTMENT OF CORRECTIONS
## Medical Special Services Referral and Report

Exhibit V

_5 + 9_
(Facility)

Offender's Name: ZIRKO Steven        ID# M06602

Reason for Referral:
- [ ] Consult
- [ ] Evaluation
- [ ] Procedure/service (specify) _____
- [ ] Other (specify) _____
- [ ] Non-Formulary Medications
- [ ] Management
- [ ] Medical Equipment

Urgent: [ ] Yes   [ ] No

Referred to: _____ F u il Retina Chi u 1-2 mth

Rationale for Referral: _____

_____

S. Obais
**Print Referring Practitioner's Name**        **Referring Practitioner's Signature**        5-5-16   **Date**

### Report of Referral (Use Reverse Side, if necessary)

Findings: LE- O tears. O breaks. Return attached
RE- gas bubble conc. Return attached.
Cataract present in RE.

Assessment: O Restrictions

Recommendations/Plans: Cataract surgery would improve
vision. Recommend Dr Mordomoto, Dr Zhiba or
Dr Lelis or Dr Fritz.

Dr J. Civantos        SC_____        7-7-16
**Print Practitioner's Name**        **Practitioner's Signature**        **Date**

Facility Medical Director Use Only
I have reviewed the recommendations and:

- [ ] Approve.

- [ ] Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision, DOC 0255.

S. Obais
**Print Facility Medical Director's Name**        **Facility Medical Director's Signature**        7/7/16   **Date**

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2007)
(Replaces DC 7105)

Case: 1:16-cv-10996 Document #: 1 Filed: 11/30/16 Page 32 of 46 PageID #:32

EXHIBIT W

## ILLINOIS RETINA ASSOCIATES, S.C.



David H. Orth, MD
Kirk H. Packo, MD
Joseph M. Civantos, MD
Matthew MacCumber, MD, PhD
John S. Pollack, MD
Thomas A. Peterson, MD
Sohail J. Hasan, MD

Timothy P. Flood, MD
Serge de Bustros, MD
Jack A. Cohen, MD, MBA
Pauline T. Merrill, MD
David H. Orth, MD
Alan H. Margherio, MD
David Eisenberg, MD

Diseases and Surgery of
the Retina, Macula and Vitreous

www.illinoisretina.com

Oak Park
Niles
Loop
Lincoln Park
Joliet
Harvey

---

**Saleh Obaisi, MD**

**Re: Steven Zirko M06602**

Dear Dr. Obais: This is an update on Steven Zirko M06602 (DOB 6/2/1962 (54 y.o.)). The following is a summary of my findings on 7/7/2016.

**Reason For Visit:** Follow Up - Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC).

**Secondary:** Treated Retinal Tear Right Eye. Trauma, Initial Encounter Right Eye. Nuclear Sclerosis Both Eyes.

| **VA OD:** Dcc20/350 PH20/150 | | **OS:** Dcc20/30 PH20/25-1 | **IOP:** TP **OD:** 16 **OS:** 19 9:11 AM |
|---|---|---|---|
| **Posterior** | **Right Eye** | | **Left Eye** |
| • General | Lens: 78D and 20D. | | Lens: 78D and 20D. |
| • Nerve | Pink. Sharp. CDR 0.2. Peripapillary Atrophy. | | Pink. Sharp. CDR 0.2. No Clinical NFL Defects. |
| • Vitreous | Clear s/p Vitrectomy. | | Vitreous Syneresis. No Cells. |
| • Retinal Vessels | Mild Arterial Attenuation. | | Mild Arterial Attenuation. |
| • Macula | Flat. No Hemorrhage. No Exudates. | | Flat. No Hemorrhage. No Exudates. |
| • Periphery | Retinal Tear 12:30. Flat with Barrier Laser 360 Degrees. Encircling Scleral Buckle. | | No Holes or Tears. Attached 360 Degrees. Cobblestone Degeneration. |

---

### Imp/Plan:

1. Repaired Retinal Detachment with PVR Right Eye (jmc 3/15/16). Stable s/p surgery; follow.
2. S/P PPV/SB/MP/EL/AFX/Drainage of SRF/Gas Right Eye (3/15/16 JMC). Bring all drops with you to postoperative eye exams. Call if increasing pain, decreasing vision or other questions. Post-op instructions given. Discussed drops, positioning, normal activity and eye protection. Call immediately if eye pain or loss of vision. Doing well, retina attached, with no signs of endophthalmitis.
3. Treated Retinal Tear Right Eye.
4. Trauma, Initial Encounter Right Eye.
5. Nuclear Sclerosis Both Eyes. RE- Rec CE/IOL. Risks and benefits discussed. Patient aware that visual outcome following cataract surgery may be difficult to predict given the underlying retinal condition. See general ophthalmologist for consideration of cataract surgery.

**Ocular Meds (Final):** None.

-33-

In summary, he is doing well after retinal surgery. His vision would improve if the cataract is removed. Please contact me if I can offer any further information. Thank you again for allowing me to assist in the care of Steven Zirko M06602.

Sincerely,

Electronically signed by Joseph M Civantos, MD

Page 2 of 2
Patient: Steven Zirko M06602 (DOB 6/2/1962)
Thursday, July 07, 2016

-34-

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

EXHIBIT Y

_____
(Facility)

Offender's Name: _Zirko_     _Steven_     ID# _M06602_

Reason for Referral:  ☐ Consult   ☐ Non-Formulary Medications  ☐ Medical Equipment
                      ☐ Evaluation  ☐ Management
                      ☐ Procedure/service (specify) _____
                      ☐ Other (specify) _____

Urgent: ☐ Yes   ☐ No

Referred to: _____ Cataract extraction R eye

Rationale for Referral: Post Retinal detachment surgery Recently
_____ R vision just to Evaluate to Preserve R eye
20/20
20/40

Print Referring Practitioner's Name: S. Obaisi     Referring Practitioner's Signature     Date: 2/2/16

Report of Referral (Use Reverse Side, if necessary)

Findings: _____

Assessment: _____

Recommendations/Plans: _____

Print Practitioner's Name     Practitioner's Signature     Date

**Facility Medical Director Use Only**
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
   DOC 0255.

Print Facility Medical Director's Name     Facility Medical Director's Signature     Date

*Exhibit 2 - 1*

WEXFORD HEALTH SOURCES INCORPORATED

```
To:         Site Medical Director & HSA
From:       Utilization Management
Date/Time:  07/14/201608:33:52
Subject:    Inmate Name:   ZIRKO, STEVEN          DELIVERED  JUL  1 4 2016
            Inmate Number:  M06602
                    Site:   STATEVILLE CC
                 Service:
                   66983   CATARACT SURG W/IOL 1 STAGE
```

Based upon a review of the information provided, it is my medical opinion that:

1.  The above requested service is not authorized at this time based on the
    following:
        OTHER TREATMENT PLAN

    Comments:
        7-12-2016: Received request for cataract extraction OD at Illinois
        Eye Associates. Dr. Ritz ATPd request. ATP: plan is to continue
        monitoring pt onsite and offsite at this time.  Pt does not meet
        criteria for cataract extraction per policy. Site may re-submit PRN
        per Dr. Ritz. Pt s/p f/u with Illinois Retina Associates on 7/7/16
        r/t pt s/p repair of a detached retina with PVR OD on 3/15/2016
        d/t a retinal tear that resulted from a fight. Dr. Civantos wrote
        cataract surgery would improve vision; cataract present in right
        eye & nuclear sclerosis in both eyes. VA OD: Dcc 20/350 PH 20/150 &
        VA OS Dcc 20/30 PH 20/25. Per site, pt has no history of diabetes
        or glaucoma. No IQ

    From: _____ _Dr. Ritz_____
          Dedicated Utilization Management Physician

-------------------------------------------------------------------------------
2.___  Appeal Filed (Date/Time)
    a. Appeal Information




       _____
       Signature of Appellant

    b. Appealed Decision:

  From: _____
        Dedicated Utilization Management Physician

5.___  I want a second opinion of the denied appeal.
       Signature: _____  Date/Time:_____

6.___  I will re-consult upon completion of alternate medical plan, if indicated.
       Signature: _____  Date/Time:_____

         INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL

*— 36 —*

*Exhibit Z-2*

ILLINOIS DEPARTMENT OF CORRECTIONS
**Medical Special Services Referral and Report**

Stateville Correctional Center
(Facility)

Offender's Name: Zivko  Steven   ID# M06602

Reason for Referral:
☐ Consult  ☐ Non-Formulary Medications  ☐ Medical Equipment
☐ Evaluation  ☐ Management
☐ Procedure/service (specify) _____
☐ Other (specify) _____

Urgent: ☐ Yes  ☐ No

Referred to: _____

Rationale for Referral: PT     facial pain (ut mile)
_____
_____

S. Obaisi
Print Referring Practitioner's Name

Referring Practitioner's Signature

2/27/16
Date

**Report of Referral (Use Reverse Side, if necessary)**

Findings: 54 y/o ♂ chronic ® sided facial pain. Pain primarily is
on lower border of ® masseter. A Pt c/o WNL- able to open + close,
0.3cm ® deviation indication ® TMJ restriction. Pt able to
chew + speak c significant difficulty

Assessment: Suspect ® masseter is primary source of pain

Recommendations/Plans: Pt may benefit from PT for modalities/
manual therapy to ® TMJ, masseter + other facial musculature.
initiate HEP.
recommend PT 1-2x wk x 8 sessions

JAKE BELCHER PT
Print Practitioner's Name

Practitioner's Signature

08/16/16
Date

Facility Medical Director Use Only
I have reviewed the recommendations and:

☐ Approve.

☐ Deny or revise as indicated on the Notification of Medical Service Referral Denial or Revision,
DOC 0255.

S. Obaisi
Print Facility Medical Director's Name

Facility Medical Director's Signature

8-16-16
Date

Distribution: Offender's Medical File, and
if denied/revised, Health Care Unit Administrator

Page 1 of 1

DOC 0254 (Eff.4/2002)
(Replaces DC 7/95)

-37-



**AMERICAN ACADEMY
OF OPHTHALMOLOGY**
*The Eye M.D. Association*

2011-2012

# detached and torn retina
a closer look

## WHAT IS THE RETINA?

The retina is a nerve layer at the back of your eye that senses light and sends images to your brain.

An eye is like a camera. The lens in the front of the eye focuses light onto the retina. You can think of the retina as the film that lines the back of a camera.

## WHAT IS A RETINAL DETACHMENT?

A retinal detachment occurs when the retina is pulled away from its normal position. The retina does not work when it is detached. Vision is blurred, just as a photographic image would be blurry if the film were loose inside the camera.

A retinal detachment is a very serious problem that almost always causes blindness unless it is treated.

## WHAT CAUSES RETINAL DETACHMENT?

A clear gel called **vitreous** (vit-ree-us) fills the middle of the eye. As we get older, the vitreous may pull away from its attachment to the retina at the back of the eye.

Usually the vitreous separates from the retina without causing problems. But sometimes the vitreous pulls hard enough to tear the retina in one or more places. Fluid may pass through the **retinal tear**, lifting the retina off the back of the eye, much as wallpaper can peel off a wall.



**Anatomy of the eye**



-38-

**detached and torn retina**

The following conditions increase the chance of having a retinal detachment:

- Nearsightedness;
- Previous cataract surgery;
- Glaucoma;
- Severe injury;
- Previous retinal detachment in your other eye;
- Family history of retinal detachment;
- Weak areas in your retina that can be seen by your ophthalmologist (Eye M.D.).

## WHAT ARE THE WARNING SYMPTOMS OF RETINAL DETACHMENT?

These early symptoms may indicate the presence of a retinal detachment:

- Flashing lights;
- New floaters;
- A shadow in the periphery (side) of your field of vision;
- A gray curtain moving across your field of vision.

These symptoms do not always mean a retinal detachment is present; however, you should see your ophthalmologist as soon as possible.

Your ophthalmologist can diagnose retinal detachment during an eye examination and will dilate (enlarge) the pupils of your eyes. Some retinal detachments are found during a routine eye examination.

Only after careful examination can your ophthalmologist tell whether a retinal tear or early retinal detachment is present.

## WHAT TREATMENT IS NEEDED?

### RETINAL TEARS

Most retinal tears need to be treated with laser surgery or cryotherapy (freezing), which seals the retina to the back wall of the eye.

These treatments cause little or no discomfort and may be performed in your ophthalmologist's office. Treatment usually prevents retinal detachment.

### RETINAL DETACHMENTS

Almost all patients with retinal detachments require surgery to return the retina to its proper position.

## TYPES OF SURGERY

There are several ways to fix a retinal detachment. The decision about which type of surgery and anesthesia (local or general) to use depends upon the characteristics of your detachment.

In each of the following methods, your ophthalmologist will locate the retinal tears and use laser surgery or cryotherapy to seal the tear.

### SCLERAL BUCKLE

This treatment involves placing a flexible band (scleral buckle) around the eye to counteract the force pulling the retina out of place.

An ophthalmologist often drains the fluid under the detached retina, allowing the retina to settle back into its normal position against the back wall of the eye. This procedure is performed in an operating room.

−39−

## detached and torn retina





A gas bubble is injected into the vitreous.

### PNEUMATIC RETINOPEXY

In this procedure, a gas bubble is injected into the vitreous space inside the eye in combination with laser surgery or cryotherapy. The gas bubble pushes the retinal tear closed against the back wall of the eye. Sometimes this procedure can be done in the ophthalmologist's office.

Your ophthalmologist will ask you to maintain a certain head position for several days. The gas bubble will gradually disappear.

### VITRECTOMY

This surgery is commonly used to fix a retinal detachment and is performed in an operating room. The vitreous gel, which is pulling on the retina, is removed from the eye and usually replaced with a gas bubble. Sometimes an oil bubble is used (instead of a gas bubble) to keep the retina in place.



With your head held steady in the right position, the gas bubble holds the retinal tear closed.

−40−

**detached and torn retina**

Your body's own fluids will gradually replace a gas bubble. An oil bubble will need to be removed from the eye at a later date with another surgical procedure.

Sometimes vitrectomy is combined with a scleral buckle.

## AFTER SURGERY

You can expect some discomfort after surgery. Your ophthalmologist will prescribe any necessary medications for you and advise you when to resume normal activity. You will need to wear an eye patch for a short time.

Flashing lights and floaters may continue for a while after surgery.

If a gas bubble was placed in your eye, your ophthalmologist may recommend that you keep your head in special positions for a time.

**DO NOT FLY IN AN AIRPLANE OR TRAVEL AT HIGH ALTITUDES UNTIL YOU ARE TOLD THE GAS BUBBLE IS GONE!** A rapid increase in altitude can cause a dangerous rise in eye pressure.

With an oil bubble, it is safe to fly on an airplane.

A change of eyeglasses is often helpful after several months.

## WHAT ARE THE RISKS OF SURGERY?

Any surgery has risks; however, an untreated retinal detachment usually results in permanent, severe vision loss or blindness.

Some of the surgical risks include:

- Infection;
- Bleeding;
- High pressure in the eye;
- Cataract.

Most retinal detachment surgeries are successful, although a second operation is sometimes needed.

Some retinal detachments cannot be fixed. If the retina cannot be reattached, the eye will continue to lose sight and ultimately become blind.

## WILL YOUR VISION IMPROVE?

After successful surgery, vision may take many months to improve and in some cases may never return fully. Unfortunately, some patients do not recover any vision.

The more severe the detachment, the less vision may return. For this reason, it is very important to see your ophthalmologist at the first sign of any trouble.

**COMPLIMENTS OF:**

ILLINOIS RETINA ASSOCIATES, S.C.
THE RETINA CENTER



**Joliet** • 300 Barney Drive, #D
Joliet, IL 60435-5279
(815) 744-7515

**Academy reviewed 09/11**

© 2011 American Academy of Ophthalmology. The American Academy of Ophthalmology, The Eye M.D. Association and the Academy logo are registered trademarks of the American Academy of Ophthalmology.

 **AMERICAN ACADEMY OF OPHTHALMOLOGY** *The Eye M.D. Association*   American Academy of Ophthalmology
P.O. Box 7424, San Francisco, CA 94120-7424 www.aao.org

 eyeSmart
www.geteyesmart.org



4 of 4



**AMERICAN ACADEMY
OF OPHTHALMOLOGY**
*The Eye M.D. Association*

2011-2012

# vitrectomy surgery
a closer look

## WHAT IS A VITRECTOMY?

Vitrectomy is a type of eye surgery that treats disorders of the retina and vitreous.

The **retina** is the light-sensing tissue at the back of the eye. The **vitreous** is the clear, jelly-like substance that fills the middle of the eye.

The vitreous is removed during vitrectomy surgery and usually replaced by a saltwater solution.

## WHEN DO YOU NEED A VITRECTOMY?

Your ophthalmologist (Eye M.D.) may recommend vitrectomy surgery to treat the following eye problems:

- **Diabetic retinopathy**, if bleeding and scar tissue is present;
- Some retinal detachments;
- Infection inside the eye;
- Severe eye injury;
- **Macular pucker** (wrinkling of the retina);
- **Macular hole** (partial loss of vision for fine details);
- Certain problems after cataract surgery.



**Anatomy of the eye**

## HOW CAN A VITRECTOMY IMPROVE VISION?

Vitrectomy surgery often improves or stabilizes vision. The operation removes any blood or debris (from infection or inflammation) that may be blocking or blurring light as it focuses on the retina.

Vitrectomy surgery removes scar tissue that can displace, wrinkle, or tear the retina. Vision is poor if the retina is not in its normal position.

This surgery can also remove a foreign object stuck inside the eye as the result of an injury. Most foreign objects will damage vision if they are not removed.

1 of 3

-42-

**vitrectomy surgery**

## WHAT HAPPENS IF YOU DECIDE TO HAVE A VITRECTOMY SURGERY?

### BEFORE SURGERY

Before surgery you may need to have a physical examination to alert your ophthalmologist to any special medical risks. A painless ultrasound test may be performed before the surgery to view the inside of the eye.

### VITRECTOMY SURGERY

The length of the operation varies from one to several hours, depending on your condition. In certain situations, your ophthalmologist may do another surgical procedure at the same time, such as repairing a detached retina or removing a cataract.

Your ophthalmologist performs the operation while looking into your eye with a microscope. Various miniature instruments are placed into the eye through tiny incisions in the sclera (white part of the eye).

In order to get the best possible vision for you, your ophthalmologist will do one or more of the following:

- Remove all cloudy vitreous;
- Remove any scar tissue present, attempting to return the retina to its normal position;
- Remove any foreign object that might be in the eye;
- Treat the eye with a laser to reduce future bleeding or to fix a tear in the retina;
- Place an air or gas bubble in the eye to help the retina remain in its proper position (the bubble will slowly disappear on its own);
- Place silicone oil in the eye, which usually requires later surgical removal.



**Vitrectomy surgery removes vitreous clouded with blood that might be causing blurry vision.**

### AFTER SURGERY

You can expect some discomfort after surgery. You will need to wear an eye patch for a short time. Your ophthalmologist will prescribe eyedrops for you and advise you when to resume normal activity.

Most vitrectomy surgery is done on an outpatient basis and you can go home after surgery.

If your surgery requires a gas bubble to be placed in your eye, your ophthalmologist may recommend that you keep your head in special positions until the gas bubble is gone.

**DO NOT FLY IN AN AIRPLANE OR TRAVEL AT HIGH ALTITUDES UNTIL THE GAS BUBBLE IS GONE! A RAPID INCREASE IN ALTITUDE CAN CAUSE A DANGEROUS RISE IN EYE PRESSURE.**

**vitrectomy surgery**

## WHAT ARE THE RISKS OF VITRECTOMY SURGERY?

All types of surgery have certain risks, but the risks of vitrectomy are less than the expected benefits to your vision.

Some of the risks of vitrectomy include:

- Infection;
- Bleeding;
- Retinal detachment;
- Poor vision;
- High pressure in the eye.

Another possible risk of vitrectomy surgery is accelerated cataract formation. If a patient is over the age of 50, they will develop cataract after surgery. For patients with previous cataract surgery, the vitrectomy procedure goes around the implanted lens and does not disturb it.

## HOW MUCH WILL YOUR VISION IMPROVE?

Your vision after surgery will depend on many variables, especially if your eye disease caused permanent damage to your retina before the vitrectomy. Your ophthalmologist will discuss your situation with you to explain how much improvement in your eyesight is possible.

## NOTES

COMPLIMENTS OF:

ILLINOIS RETINA ASSOCIATES, S.C.
THE RETINA CENTER



**Joliet** • 300 Barney Drive, #D
Joliet, IL 60435-5279
(815) 744-7515

**Academy reviewed 09/11**

© 2011 American Academy of Ophthalmology. The American Academy of Ophthalmology, The Eye M.D. Association and the Academy logo are registered trademarks of the American Academy of Ophthalmology.

 **AMERICAN ACADEMY OF OPHTHALMOLOGY** *The Eye M.D. Association*  **American Academy of Ophthalmology** P.O. Box 7424, San Francisco, CA 94120-7424 **www.aao.org**


www.geteyesmart.org

–44–

Case: 1:16-cv-10996 Document #: 1 Filed: 12/30/16 Page 44 of 46 PageID #:44

**OFFENDER'S GRIEVANCE**

| Date: April 20th 2016 | Offender: (Please Print) Steven L. ZIRKO | ID#: M06602 |
|---|---|---|

| Present Facility: Stateville Correctional Center | Facility where grievance issue occurred: Stateville Correctional Center |
|---|---|

**NATURE OF GRIEVANCE:**

- [ ] Personal Property
- [x] Staff Conduct
- [ ] Transfer Denial by Facility
- [ ] Mail Handling
- [ ] Dietary
- [ ] Transfer Denial by Transfer Coordinator
- [ ] Restoration of Good Time
- [ ] Medical Treatment

GRIEVANCE OFFICE
- [ ] ADA Disability Accommodation
- [ ] HIPAA
- [ ] Other (specify): JUN 2 1 2016

- [ ] Disciplinary Report: ____/____/____
    Date of Report      Facility where issued 2599

**Note:** Protective Custody Denials may be grieved immediately via the local administration on the protective custody status notification.

Complete: Attach a copy of any pertinent document (such as a Disciplinary Report, Shakedown Record, etc.) and send to:
Counselor, unless the issue involves discipline, is deemed an emergency, or is subject to direct review by the Administrative Review Board.
Grievance Officer, only if the issue involves discipline at the present facility or issue not resolved by Counselor.
Chief Administrative Officer, only if EMERGENCY grievance.
Administrative Review Board, only if the issue involves transfer denial by the Transfer Coordinator, protective custody, involuntary administration of psychotropic drugs, issues from another facility except personal property issues, or issues not resolved by the Chief Administrative Officer.

Summary of Grievance (Provide information including a description of what happened, when and where it happened, and the name or identifying information for each person involved):

This is the second Grievance on the issue as the former was and is totally ignored by former Counselor of F House Ms. Harris and/or whomever,
This is a Grievance relating to a lack of Security that was not in place to protect this author, the resultant fact thereof was that on 3-15-16 a Retinal (Eye) Re-Attachment Surgery was performed by Doctor Thomas Civantos at St. Joseph Hospital in Joliet. A very painful complicated surgery. The facts are as follows;

Relief Requested: That I be protected by and through Security Staff and Administrators and that attacker be criminally charged and prosecuted to the full extent of the law,

- [ ] Check only if this is an EMERGENCY grievance due to a substantial risk of imminent personal injury or serious or irreparable harm to self.

Steven L. Zirko     M06602     4/20/2016
Offender's Signature    ID#    Date

(Continue on reverse side if necessary)

---

**Counselor's Response (if applicable)**

Date Received: 5/10/16    [ ] Send directly to Grievance Officer    [ ] Outside jurisdiction of this facility. Send to Administrative Review Board, P.O. Box 19277, Springfield, IL 62794-9277

Response: Grievant fails to substantiate how he was not kept safe. He has received medical treatment. He was moved to P.C. Housing on 3/28/16.

T. Butter-Winters    S. Butt    6/10/16
Print Counselor's Name    Counselor's Signature    Date of Response

---

**EMERGENCY REVIEW**

Date Received: ____/____/____

Is this determined to be of an emergency nature?
- [ ] Yes; expedite emergency grievance
- [ ] No; an emergency is not substantiated. Offender should submit this grievance in the normal manner.

_____     ____/____/____
Chief Administrative Officer's Signature    Date

Distribution: Master File; Offender      Page 1      DOC 0046 (8/2012)

Printed on Recycled Paper

- 45

Exhibit 4

**ILLINOIS DEPARTMENT OF CORRECTIONS**
**OFFENDER'S GRIEVANCE (Continued)**

On 1-10-16 cellmate Patrick Palaggi repeatdly punched me in the eye and head at 7:00 a.m. while I was in bed asleep or half asleep. As a result of unprovoked attack I suffered and was diagnosed by aforesaid Doctor (opthamelogist) on 3-10-16 with Total Retinal Detachment; Said Doctor strongly urged surgery as soon as possible. As stated surgery was performed on 3-15-16. Now I repeatedly have written to Placement Officer Karen Rabideau and spoke in person and via writing to Internal Affairs Officer Shaw and pleaded that this cellmate and the two previous cellmates have threatened to kill me and possessed much contraband in cell, this time my cries went unheeded. The result is that I was not protected. It has been nearly six weeks since surgery and I am still blind in Right Eye. The Doctor has told me that I shall be needing further future surgeries and there are many side effects resulting in blurred or loss of vision that may yet transpire. Now I asked Internal Affairs Officers Shaw & Sappia to press charges against attacker Pat Palaggi on 3-21-16 in an in-person interview and that has yet to occur. Previous to said meeting I contacted Civil Attorneys and asked them to contact the authoritys in my name and to go forward with charges, they were told that I.A. can do that, meanwhile I.A. tells me that the attys can do that, nothing is done, and here I sit blind in Right Eye, suffering in pain. Therefore I meritoriously (grieve. Now if I was properly protected I would never have had to had an Retinal Re-Attachment Eye Surgery, the fact that I had it is proof of allegation(s).

Thus, this is a grievance against Warden Pfister, Placement Officer Rabideau and any and all Security in place who did not protect me, including but not limited to Internal Affairs.

DOC 0046

United States IN THE District Court
Northern District – Eastern Division

Steven L. Zirko
Plaintiff/Petitioner # M06602

)
)
)
Vs.                                           )        No. _____
)
Phister – Rabideau – I.A.                     )
Defendant/Respondent                          )
I. D. O. C.

## PROOF/CERTIFICATE OF SERVICE

TO: U.S. District Court          TO: U.S. District Court
219 S. Dearborn St.              219 S. Dearborn St.
20th floor – Prisoner Correspondence    20th floor – Prisoner Correspondence
Chicago, IL. 60604               Chicago, IL. 60604

PLEASE TAKE NOTICE that on November 22nd, 20 16. I placed the
attached or enclosed documents in the institutional mail
at Stateville Correctional Center, properly addressed to the
parties listed above for mailing through the United States Postal Service,

DATED: 11-22-2016          /s/ Steven L. Zirko
                           Name: Steven L. Zirko
                           IDOC#: M06602
                           Address: Stateville Correctional Center
                           P.O. Box 112
                           Joliet, IL. 60434-0112

Subscribed and sworn to before me this 22nd day of November 20 2016

Notary Public

OFFICIAL SEAL
PHYLLIS BAKER
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 4-30-2019